IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARY MASON and GRACE MEVERS,** Individually and on Behalf of all Others Similarly Situated, | CIVIL ACTION FILE NO. 1:10-CV-2575-CAP |
| Plaintiffs, | |
| v. | |
| **THE INSTITUTE OF ALLIED MEDICAL PROFESSIONS, INC., THOMAS HAGGERTY, LAUREN WEST, KARYN VIDAL-LEE and NARAYANA PRASAD,** | COLLECTIVE ACTION |
| Defendants. | |

## AMENDED JOINT NOTICE OF SETTLEMENT AND REQUEST FOR COURT CONSIDERATION AND APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs MARY MASON and GRACE MEVERS, and Defendants THE INSTITUTE OF ALLIED MEDICAL PROFESSIONS, INC., THOMAS HAGGERTY, LAUREN WEST, KARYN VIDAL-LEE, NARAYANA PRASAD, and IAMP, LLC, collectively, the "Parties," file this Notice with the Court, indicating that the Parties have reached a settlement of this matter.  The Parties

have agreed to settlement terms and expect to complete and execute a Settlement Agreement and General Release ("Settlement Agreement") following court approval of the Settlement Agreement.  A copy of the Settlement Agreement is attached hereto as Exhibit A for the Court's consideration; and the parties request that a settlement conference be scheduled for purposes of the court's consideration and approval of the terms of settlement.

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1.D, the undersigned counsel for Plaintiff hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1C.

So certified this 26th day of July, 2012.

Prepared by and consented to:   Reviewed by and consented to:

/s/ E. Linwood Gunn, IV   /s/ Alex M. Barfield
E. Linwood Gunn, IV   Alex M. Barfield
Georgia Bar No.: 315265   Georgia Bar No.: 037147
lgunn@rcglawyers.com   abarfield@hptylaw.com
  Ronald G. Polly, Jr.
ROACH, CAUDILL & GUNN, LLP   Georgia Bar No.: 583264
111 West Main Street   rpoly@hptylaw.com
Canton, Georgia 30114

| | |
|---|---|
| Phone:       (770) 479-1406 | HAWKINS PARNELL THACKSTON & YOUNG, LLP |
| Facsimile:   (770) 479-6171 | 4000 SunTrust Plaza |
| | 303 Peachtree Street |
| Attorney for Plaintiffs | Atlanta, Georgia  30308-3243 |
| | Phone:       (404) 614-7400 |
| | Facsimile:   (404) 614-7500 |

Attorney for Defendants, The Institute
Of Allied Medical Professions, Inc.,
Thomas Haggerty, Laurel West,
Karyn Vidal-Lee and Narayana Prasad

*/s/ Patrick W. McKee*
Patrick W. McKee
Georgia Bar No.: 494325
pwmckee@mckeelaw.com
MCKEE & MITCHELL, LLC
19 Spring Street
Newnan, Georgia  30263
Phone:       (770) 683-8900
Facsimile:   (770) 683-8905

Attorney for Defendant, IAMP, LLC