```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

MARY MASON and GRACE MEVERS,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

    v.

THE INSTITUTE OF ALLIED
MEDICAL PROFESSIONS, INC.,
THOMAS HAGGERTY, LAUREN WEST,
KARYN VIDAL-LEE, NARAYANA
PRASAD, and IAMP, LLC,

    Defendants.

CIVIL ACTION

NO. 1:10-CV-2575-CAP

### **O R D E R**

The parties have notified the court that this case has settled and submitted their proposed settlement agreement [Doc. No. 103]. After a thorough review for fairness, the court hereby APPROVES the terms of the settlement agreement [Doc. No. 103-1].

In light of the foregoing, it is not necessary that this action remain on the court's calendar. Accordingly, it is hereby ORDERED that this action is DISMISSED without prejudice to the right of any party, within the next 90 days, to reopen or vacate this order of dismissal. If the action has not been reopened or the court has not received a motion to vacate on or before the time permitted by this order, the action will be dismissed with prejudice.

SO ORDERED, this 30th day of July, 2012.

                                    /s/ Charles A. Pannell, Jr.
                                    CHARLES A. PANNELL, JR.
                                    United States District Judge